IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JEFFREY HAROLD SOWDEN**,

      Plaintiff,

v.

**NANCY A. BERRYHILL,**
Acting Commissioner of Social Security,

      Defendant.

No. 3:16-cv-02310-CL

JUDGMENT

**MOSMAN, J.**,

Based upon the Order of the Court adopting Judge Clarke's Findings and Recommendation [20], IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and this action is REMANDED to the Commissioner.

IT IS SO ORDERED.

DATED this  28    day of November, 2017.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge

1 – JUDGMENT